IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

VALADOR, INC.,

        Plaintiff,

v.                                              Case No.: 1:16-CV-1162 TSE/JFA

HTC CORPORATION, *et. al*,

        Defendants.

## MOTION FOR LEAVE TO WITHDRAW PURSUANT TO LOCAL RULE 83.1(G)

COME NOW the law firm of Wolcott Rivers Gates and Glen M. Robertson, Esquire and Marshall A. Winslow, Jr., Esquire, pursuant to Local Rule 83.1 of this Court and do hereby move for leave to withdraw as counsel of record for Plaintiff, Valador, Inc. in this matter upon the grounds and for the reasons stated in the memorandum submitted contemporaneously herewith.

Respectfully submitted,

**GLEN M. ROBERTSON, ESQ.,**

**MARSHALL A. WINSLOW, JR., ESQ.**

**and**

**WOLCOTT RIVERS GATES**

By: _____/s/_____
        Of Counsel

Glen M. Robertson, Esq. (VSB No. 30161)
Marshall A. Winslow, Jr., Esq. (VSB No. 30307)
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone: (757) 497-6633
Facsimile: (757) 687-3655
grobertson@wolriv.com
mwinslow@wolriv.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2018, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

Additionally, I hereby certify that on this 24th day of September, 2018 a true and accurate copy of the foregoing was mailed, via U.S. First Class Mail, and emailed to the following:

Kevin Mabie
Valador, Inc.
560 Herndon Parkway, Suite 300
Herndon, VA 20170

Additionally, I hereby certify that on this 24th day of September, 2018 a true and accurate copy of the foregoing was overnighted, via Federal Express, and emailed to the following:

Douglas E. Kahle, Esquire
Basnight, Kinser, Leftwich & Nuckolls, P.C.
308 Cedar Lakes Drive, 2nd Floor
Chesapeake, VA   23322

    /s/ Glen M. Robertson, Esquire
Glen M. Robertson, Esq. (VSB No. 30161)
Marshall A. Winslow, Jr., Esq. (VSB No. 30307)
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone: (757) 497-6633
Facsimile: (757) 687-3655
grobertson@wolriv.com
mwinslow@wolriv.com